UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MICHAEL D. ADKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 1:07-CV-72 PS |
| v. | ) |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

Michael D. Adkins, a *pro se* plaintiff, submitted a petition seeking leave to proceed *in forma pauperis*. His petition declares that his take home pay is $316.00 per week. The annualized value of that income stream is $16,432.00. Mr. Adkins does not have any dependents. The 2007 poverty guideline for a family of one living in Indiana is $10,210. Annual Update of the HHS Poverty Guidelines, 72 Fed. Reg. 3147-3148 (Jan. 24, 2007). Therefore his *in forma pauperis* petition will be denied and he will be required to pay the filing fee before he may proceed with this lawsuit. For the foregoing reasons, the court:

(1) **DENIES** the petition for leave to proceed *in forma pauperis* (docket # 2);

(2) **GRANTS** Mr. Adkins to and including May 11, 2007 to pay the $350.00 filing fee; and

(3) **CAUTIONS** Mr. Adkins that if he does not pay the filing fee by the deadline, this case will be dismissed without further notice for non-payment of the filing fee.

**SO ORDERED**.

ENTERED: April 3, 2007

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT